# AFFIDAVIT OF CHRISTOPHER FALLER
## TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED
MAR 0 2 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

I, Christopher Faller, being first duly sworn, hereby depose and state as follows:

### Background and Experience

1. Your Affiant, Christopher Faller, Task Force Officer of the Drug Enforcement Administration (DEA), United States Department of Justice, is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. 2516.

2. Your Affiant, Christopher Faller, has been a sworn officer of the Baltimore Police Department since January 1999 and is currently assigned to the Violent Crime Impact Division. Your Affiant attended, and successfully graduated from the Baltimore City Police Department in July 1999, and Westfield State College in May of 1994, where a Bachelor Of Science Degree was achieved. Your Affiant has served as a Police Officer/Agent/Detective in the Western District of Baltimore City, in patrol, as well as the district's operations unit. Following this assignment, your Affiant served in the Mobile Enforcement Team (MET) and The Firearms Apprehension Strike Team (FAST). After this tenure, your Affiant spent two years in an undercover capacity, in the City's Organized Crime Division, then to a position in the City Wide Gun Squad, under the same command, and finally, still under the parent command of The Organized Crime Division, the Response Unit, which was responsible for trafficking violent narcotics traffickers. Immediately following this, your Affiant was assigned to the Violent Crime Impact Division. Then for approximately nine years, your Affiant was assigned to the ATF (Bureau of Alcohol Tobacco and Firearms) as a Task Force Officer. Presently, your Affiant is a Task Force Officer with The DEA (Drug Enforcement Administration). Your Affiant has received

approximately 420 hours of specialized training in Narcotics enforcement. Training has been received from The Baltimore City Police Department, The Maryland State Police, The Drug Enforcement Administration, The Bureau of Alcohol Tobacco and Firearms (ATF) and The New York City Police Department. Your Affiant also receives on a daily basis, training from more experienced police officers, and supervisors, through on hand situations, as well as roll call training. As a result of this training and experiences, your Affiant has become familiar with the appearances, prices and street terminologies of Controlled Dangerous Substances. Your Affiant has become familiar with probable cause, search and seizure statutory laws, and constitutional rights of citizens as these factors relate to narcotics enforcement. Your Affiant to this date, has made numerous arrests for narcotics, and has personally seized such substances as cocaine, heroin, marijuana, and illegally obtained prescription medication. Your Affiant has also been Affiant for numerous search warrants, where these substances were recovered, and proceeds from same. As an undercover detective, your Affiant has made hundreds of purchases of controlled dangerous substances, and regulated firearms. Finally, your Affiant has personally been qualified as an expert witness related to controlled dangerous substances, in the U.S. District Court for the District of Maryland, and in the juvenile, district, and circuit courts of Baltimore City, State of Maryland.

3.  The facts set forth in this affidavit are based on your Affiant's own personal knowledge, knowledge obtained from oral and written reports by other law enforcement officers, and information gained through your Affiant's training and experience. Since this affidavit is for a limited purpose, your Affiant has not included every fact known about this investigation. Your Affiant sets forth only facts necessary to establish a foundation for the requested criminal complaint. Dates and times are approximate.

**Probable Cause**

4. On June 19, 2019 at 10:48 p.m. members of the Baltimore City Police Department were on patrol in the 2400 block of Tolley Street near to the intersection with Harmen Avenue, in Baltimore City, the state of Maryland. This area is known for high levels of narcotics activity. At that time they observed a 2011 Honda vehicle parked at that corner with the engine running and an individual later identified as Eric Crawford leaning into the driver's window. The car was parked in front of a fire hydrant. The officers pulled their police vehicle slightly in front of the Honda and activated their lights to perform a stop based on the parking violation. The officers noted that the car had a driver, as well as a front passenger, and a rear passenger inside the vehicle.

5. The driver of the Honda, later identified as David Temple, put the car into reverse and started to back up from the officer's car in front. A second police vehicle however had pulled behind the Honda, and upon noticing this, Temple stopped the car. The officers also could see that a front passenger in the Honda was reaching into a bag he was wearing around his torso.

6. Based on the movements of the occupants of the car, the officers then approached the vehicle and had the front passenger exit the car. In the seat where the front passenger had been seated, the officers saw in plain view a gelcap containing a powdery substance, suspected to be heroin or fentanyl. Upon searching the passenger's bag they found a second gelcap of suspected heroin/fentanyl. The driver, identified as David Temple, was searched and a plastic bag containing 25 gelcaps of suspected heroin/fentanyl was recovered from his front waistband, as well as approximately $8,368.00 from his person. Lab analysis later that found the gelcaps recovered from Temple tested positive for both fentanyl and a substance called 4-ANPP.

7. As Eric Crawford walked away from the car, officers observed him tap the right side of his pants, which is commonly indicative and referred to as a characteristic of an armed

person, as he walked away from the vehicle. Subsequently, he was also stopped. An officer conducted a pat down of Crawford and felt an object that he immediately knew to be a handgun in Crawford's right pants pocket. The officer recovered a 1912 Vesta 635 Model automatic pistol .25 caliber handgun, loaded with 5 live .23 caliber cartridges, one of which was in the chamber. Crawford was placed under arrest, and a search of his person revealed a bag containing: 21 gelcaps of suspected heroin, and two bags of suspected cocaine. These items were later tested by the Baltimore City police laboratory and the gelcaps were found to contain fentanyl and 4-ANPP, and the two other bags were found to be positive for cocaine.

8. Both David Temple and Eric Crawford were taken into custody and charged with possession with intent to distribute narcotics. Crawford was also charged with firearm related charges. Over the next several days the officers monitored jail calls made by each defendant while they were in custody that appeared to be related to drug trafficking or storage.

9. Shortly after the arrest, on June 20, 2019 at approximately 2:15 am, Eric Crawford placed a call to a woman later identified as Rayette Wright, who appeared to be his girlfriend. He told her information about the arrest, and gave her instructions not to answer the door for anyone, or let anyone in, or give anything to anyone. The officers believed based on their experience that he was instructing her not to let any associates of his come to the house and take contraband or evidence such as money or narcotics from the house.

10. Based on the arrest and the jail call information the officers executed a search and seizure warrant on June 21, 2019 for the residence of Rayette Wright and Eric Crawford at 2113 Whistler Avenue, Baltimore, Maryland. Wright was present, and after *Miranda* advisement, she confirmed that she shared the residence with Eric Crawford. The officers recovered the following items from inside the home:

In the Second Floor Front Bedroom of 2113 Whistler:

a. a Glock P80 9MM handgun (bearing no serial number) loaded with a 33 round capacity magazine and 13 live 9MM cartridges, including one in the chamber (recovered from the 2nd floor front bedroom closet).

b. 323 live .22 caliber cartridges (throughout the bedroom).

c. 1 live .270 cal. rifle cartridge, 1 large black plastic bag containing 13 gel caps (analyzed and found to be Fentanyl), 1 digital scale with residue, 2 sifters with residue, 2 spoons with residue, 2 large bags with empty gel caps, and empty plastic bags; 1 pill bottle containing two white pills (analyzed and found to be hydrocodone) and a digital scale with residue (all on shelves in the 2nd floor front bedroom).

d. 1 digital scale with residue (on the floor).

e. 3 ID's in the name of Rayette Wright, 2 pairs of men's shoes, and 2 cell phones were also recovered from the 2nd floor front bedroom.

In the Second Floor Rear Bedroom of 2113 Whistler:

f. A Marlin Glenfield Mod. 60 .22 rifle (serial number 21446333) loaded with 15 live .22 caliber cartridges (leaning on the wall).

g. 1 satchel containing a plastic bag with white substance (approx. 4.5 grams, analyzed and found to be cocaine) and 10 ziplock bags with green plant material suspected to be marijuana (all on the bed).

In the Living Room of 2113 Whistler:

h. A bag containing brown substance (approx. 1 gram, analyzed and found to be non-CDS), and mail addressed to Rayetta Wright and Eric Crawford.

SMH 3/2/20

In the Kitchen of 2113 Whistler:

i.          12 live 9mm cartridges.

In a Closet in the Basement of 2113 Whistler:

j.          A bag containing a white substance (approx. 1 gram, analyzed and found to be cocaine) and a spoon with brown residue.

11.     Rayette Wright was taken into custody by the officers and charged in connection with the recovered items. On or about January 16, 2020, Wright plead guilty and was convicted in the Circuit Court of Baltimore City for conspiracy to possess with intent to distribute narcotics under case number 119319004, based on the evidence recovered from the June 2019 search warrant and surrounding investigation.

12.     Based on the training, knowledge and experience of the arresting officers and of your Affiant, the quantity, packaging, and circumstances surrounding the recovered CDS from both the June 19, 2019 arrests of Eric Crawford, and from the search of 2113 Whistler Avenue indicate that the CDS was possessed with an intent to distribute.

13.     A review of Eric Crawford's criminal history reveals that he has previously been convicted of a crime punishable by incarceration for more than one year, and has knowledge that he has been convicted of such an offense. For example, on or about 1/26/05 he was convicted of Possession with intent to distribute CDS and was sentenced to a 20 year sentence, with 13 years suspended, followed by 3 years of probation. In addition, your Affiant has learned though consultation with nexus examiners of the ATF, that the Vesta handgun recovered from Crawford on June 19, 2019 affected interstate commerce or traveled in interstate or foreign commerce because it was manufactured outside of Maryland. Similarly, the Glock handgun and Marlin rifle

recovered from the Defendant's residence on June 21, 2019 affected or traveled in interstate commerce because neither was manufactured in Maryland.

### Conclusion

14. Therefore, based on the foregoing, it is your Affiant's belief that there is there is probable cause to believe that on or about June 19, 2019 Eric Crawford did possess with intent to distribute a quantity of a mixture or substance containing a detectible amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1); and did possess a firearm after being convicted of a felony, in violation of Title 18, United States Code, Section 922(g).

15. Finally, it is your Affiant's belief that there is there is probable cause to believe that on or about June 21, 2019, Eric Crawford did possess with intent to distribute a quantity of a mixture or substance containing a detectible amount of fentanyl, and a quantity of a mixture or substance containing a detectible amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and did possess two firearms after being convicted of a felony, in violation of Title 18, United States Code, Section 922(g).

I, Christopher Faller, affirm under penalties of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of my knowledge.

_____
Christopher Faller
Taskforce Officer
Drug Enforcement Administration

Subscribed and sworn before me on March 2nd, 2020.

_____
A. David Copperthite
United States Magistrate Judge